IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thompson, Antoinette

Printed: 6/24/08

Case Number: 05 B 12888
Judge: Hollis, Pamela S
Filed: 4/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 12, 2008
Confirmed: June 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,899.29 |  |
| Secured: |  | 8,170.36 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 528.93 |
| Other Funds: |  | 0.00 |
| Totals: | 10,899.29 | 10,899.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,200.00 | 2,200.00 |
| 2. | DaimlerChrysler Servs North America | Secured | 16,978.62 | 7,480.22 |
| 3. | Monterey Financial Services | Secured | 1,391.00 | 690.14 |
| 4. | Monterey Financial Services | Unsecured | 6.40 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 54.30 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 11.11 | 0.00 |
| 7. | PDL Financial Services | Unsecured | 50.11 | 0.00 |
| 8. | Cash America Financial Services | Unsecured | 75.02 | 0.00 |
| 9. | Cottonwood Financial Ltd | Unsecured | 76.25 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 36.02 | 0.00 |
| 11. | Chrysler Credit | Unsecured | 720.24 | 0.00 |
| 12. | Universal Lenders Inc | Unsecured | 303.99 | 0.00 |
| 13. | Horseshoe Casino Hammond Corp | Unsecured |  | No Claim Filed |
| 14. | University of Illinois | Unsecured |  | No Claim Filed |
| 15. | Ten Minute Loan | Unsecured |  | No Claim Filed |
| 16. | Harrah's | Unsecured |  | No Claim Filed |
| 17. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 18. | Northwestern Memorial Hospital | Unsecured |  | No Claim Filed |
| 19. | Jewel Food Stores | Unsecured |  | No Claim Filed |
| 20. | National Quick Cash | Unsecured |  | No Claim Filed |
| 21. | Safeway | Unsecured |  | No Claim Filed |
| 22. | Short Term Loans LLC | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 21,903.06 | $ 10,370.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thompson, Antoinette | Case Number: 05 B 12888 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 6/24/08 | Filed: 4/6/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 55.12 |
| 5.5% | 194.02 |
| 5% | 64.75 |
| 4.8% | 115.44 |
| 5.4% | 96.35 |
| 6.5% | 3.25 |
| | _____ |
| | $ 528.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

